UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Docket No. 5:05-M-587-3
WESTERN DIVISION


FILED
JAN 2 3 2006
FRED L. BORCH III, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP. CLK

| | | |
|---|---|---|
| United States Of America | ) | |
| | ) | |
| vs. | ) | MOTION FOR REVOCATION |
| | ) | |
| Jessica M. Thomas | ) | |

Jessica M. Thomas appeared before the Honorable E. S. Swearingen, U.S. Magistrate Judge, sitting in the court at Fayetteville, North Carolina, on August 10, 2005, and pursuant to a plea of guilty to 21 U.S.C. § 844, Possession of Marijuana, was sentenced to a 12-month term of probation. The court ordered that the defendant abide by the standard conditions of supervision including not to engage in any criminal activity. The court imposed the following additional conditions:

1. The defendant shall participate in a drug education and/or treatment program if ordered to do so by the supervising probation officer.

2. The defendant shall undergo drug testing, including but not limited to urinalysis, if ordered to do so by the supervising probation officer.

The court was notified of violations to the conditions of supervised release on two previous occasions. On August 19, 2005, the defendant tested positive for cocaine and marijuana. On September 23, 2005, the defendant tested positive for cocaine. The defendant was continued on probation and referred to drug counseling. Since that time, the following violation has occurred:

Criminal conduct.

On January 7, 2006, the defendant was charged with Larceny-Shoplifting. The Sanford Police Department reported that the defendant placed some jewelry in her baby stroller and tried to exit Belk's Department Store without paying for her purchase. She also had a bag in the stroller containing clothing for which she could not produce a receipt. On January 18, 2006, the defendant appeared in Lee County District Court and her next court date is scheduled for February 1, 2006. The defendant advised that she accidently put a perfume tester in her stroller and forgot it was there before leaving the store. She denies intentionally concealing any merchandise.

In view thereof, we respectfully show the court that Jessica M. Thomas has violated the terms and conditions of the judgment originally imposed in this case as outlined above.

This the 23rd day of January, 2006.

Reviewed and approved,

Joe M. Neely
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

Michael D. Shepard
U.S. Probation Officer
Executed On: January 23, 2006