AO83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me  Date 01/31/06

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☒ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was  SANDRA THOMAS - DEFENDANT'S SISTER

☐ Returned unexecuted: _____

FILED
FEB 0 3 2006
FRED L. BORCH III, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP. CLK

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  01/31/06
         Date

CHARLES R. REAVIS
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

---

¹ As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

Case 5:05-mj-00587-SES   Document 12   Filed 02/03/06   Page 1 of 2

AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NORTH CAROLINA__

UNITED STATES OF AMERICA
V.

JESSICA M. THOMAS

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: 5:05-M-587

RECEIVED JAN 25 2006 U.S. Marshals Service, EDNC

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| U.S. POST OFFICE BUILDING<br>301 GREEN STREET<br>FAYETTEVILLE, NC | 3RD FLOOR COURTROOM |
| | Date and Time<br>2/15/06 AT 11:30 a.m. (arrive 1 hr. early to meet with USPO) |
| Before: USMJ WILLIAM A. WEBB | |

To answer a(n)
☐ Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   X Probation Violation Petition

Charging you with a violation of _____ United States Code, _____

Brief description of offense:

VIOLATION OF PROBATION

RECEIVED FEB - 1 2006 U.S. Marshals Service, EDNC

(PER ATTACHED CERTIFIED COPY OF INFORMATION)

_Signature of Issuing Officer_

FRED L. BORCH III, CLERK OF COURT
Name and Title of Issuing Officer

JANUARY 24, 2006 - RALEIGH, NC
Date