# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Western Division
### Docket No. 5:05-M-587-3

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Jessica M. Thomas** | ) | |

On this the 21st day of February, 2006, comes Michael D. Shepard, U.S. Probation Officer, in open court at Raleigh, North Carolina, who shows the court that Jessica M. Thomas appeared before the Honorable E. S. Swearingen, U.S. Magistrate Judge, sitting in the court at Fayetteville, North Carolina, on August 10, 2005, and pursuant to an earlier plea of guilty to 21 U.S.C. § 844, Possession of Marijuana, was sentenced to a 12 month term of probation without a judgment of conviction being entered (18 U.S.C. § 3607). On September 14, 2005, as a result of a revocation hearing before the Honorable William T. Prince, the 18 U.S.C. § 3607 judgment was revoked, and a conviction entered, and she was placed on a 12 month term of probation.

From evidence presented, the court finds as a fact that Jessica M. Thomas, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Criminal conduct.
2. Failure to participate as directed by the probation officer in a treatment program for narcotic addiction, drug dependency, or alcohol dependency.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 6 months.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

Jessica M. Thomas
Docket No. 5:05-M-587-3
Judgment
Page 2


     **IT IS FURTHER ORDERED** that the Clerk deliver three certified copies of this Judgment to the U.S. Marshal or other qualified officer and that the same shall serve as the commitment herein.

     This the 21st day of February, 2006.

                                    William A. Webb
                                    U.S. Magistrate Judge